■ In the Matter of the Arbitration between Joseph D. Castaldo et al., Respondents-Appellants, and Lloyd D. Harrington, Doing Business as Harr-Wood Nursing Home, Appellant-Respondent. (Action No. 1.) Lloyd D. Harrington, Doing Business as Harr-Wood Nursing Home, Appellant, v Joseph D. Castaldo et al., Respondents. (Action No. 2.) [619 NYS2d 981] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court erred in denying plaintiff's motion in action No. 2 for an injunction pursuant to *First Natl. Stores v Yellowstone Shopping Ctr.* (21 NY2d 630, *rearg denied* 22 NY2d 827). Plaintiff met the criteria set forth in *Stuart v D & D Assocs.* (160 AD2d 547, 548). We modify the order appealed from, therefore, by granting plaintiff's motion. (Appeals from Order of Supreme Court, Oswego County, Nicholson, J.—Preliminary Injunction.) Present—Denman, P. J., Pine, Lawton, Wesley and Davis, JJ.

■ Patrick Gillespie et al., Appellants, v Town of New Hartford et al., Respondents and Third-Party Plaintiffs. Hanna Construction, Inc., Third-Party Defendant-Respondent. [619 NYS2d 982] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Tenney, J. (Appeal from Judgment of Supreme Court, Oneida County, Tenney, J.—Summary Judgment.) Present—Denman, P. J., Pine, Lawton, Wesley and Davis, JJ.